AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| United States of America | ) |
| v. | ) |
| (8) KLAYTRENA KATRECE ODOM-PRICE | ) Case No. 3:20-CR-240-KDB |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **(8) KLAYTRENA KATRECE ODOM-PRICE**, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Defendant did knowingly and intentionally conspire and agree with each other and with other persons, known and unknown to the Grand Jury, to distribute and to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Date: 7/21/20

City and state: Charlotte, North Carolina

*Issuing officer's signature*
**FRANK G. JOHNS, CLERK OF COURT**
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*


"UNDER SEAL"

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC

JUL 21 2020

US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 3:20-cr-240-KDB |
| ) | |
| v. ) | |
| ) | |
| (1) YANNICK KHALEEL ANDERSON ) | **BILL OF INDICTMENT** |
| (2) JARMEL BROWNLEE, ) | |
|    also known as "Casino Mel" ) | |
| (3) TRIMAINE ANTHONY BRYAN ) | |
| (4) JUDIET VONTELLA COOPER, ) | Violations: |
|    also known as "Jessica Cooper" ) | 18 U.S.C. § 2 |
| (5) MARQUITA ANDREA HUNTER ) | 18 U.S.C. § 922(g)(1) |
| (6) JARED SHEMAIAH JONES, ) | 18 U.S.C. § 924(c) |
|    also known as "Carl Lawrence" ) | 18 U.S.C. § 1956 |
| (7) NATHASHA LAWES, ) | 21 U.S.C. § 841 |
|    also known as "Mialy Nguyen" ) | 21 U.S.C. § 846 |
| (8) KLAYTRENA KATRECE ODOM-PRICE ) | 21 U.S.C. § 851 |
| (9) PHONESAVANH PHONESAVANG, ) | |
|    also known as "Mialy Nguyen" ) | |
| (10) MARLAINA NASHAE SMOOT ) | |
| (11) JERVONTA ANTONIO WALKER, ) | |
|    also known as "Bruce Hudson" and "Stunna" ) | |
| (12) JOEL MARK WALKER ) | |
| (13) JASNEKO MARQUELL WRIGHT ) | |
| ) | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Drug Trafficking Conspiracy)

From at least as early as in or about 2014 to the present, in Mecklenburg County and Gaston County, within the Western District of North Carolina, and elsewhere, the defendants,

(1) YANNICK KHALEEL ANDERSON,
(2) JARMEL BROWNLEE,
also known as "Casino Mel,"
(3) TRIMAINE ANTHONY BRYAN,
(4) JUDIET VONTELLA COOPER,
also known as "Jessica Cooper,"
(5) MARQUITA ANDREA HUNTER,

*1 of 8*

**(6) JARED SHEMAIAH JONES,**
also known as "Carl Lawrence,"
**(7) NATHASHA LAWES,**
also known as "Mialy Nguyen,"
**(8) KLAYTRENA KATRECE ODOM-PRICE,**
**(9) PHONESAVANH PHONESAVANG,**
also known as "Mialy Nguyen,"
**(10) MARLAINA NASHAE SMOOT,**
**(11) JERVONTA ANTONIO WALKER,**
also known as "Bruce Hudson" and "Stunna,"
**(12) JOEL MARK WALKER, and**
**(13) JASNEKO MARQUELL WRIGHT,**

did knowingly and intentionally conspire and agree with each other and with other persons, known and unknown to the Grand Jury, to distribute and to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

### Quantity of Controlled Substances Involved in Count One

It is further alleged that, with respect to the offense charged in Count One, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, are attributable to, and were reasonably foreseeable by defendants (1) YANNICK KHALEEL ANDERSON, (2) JARMEL BROWNLEE, also known as "Casino Mel," (3) TRIMAINE ANTHONY BRYAN, (4) JUDIET VONTELLA COOPER, also known as "Jessica Cooper," (6) JARED SHEMAIAH JONES, also known as "Carl Lawrence," (7) NATHASHA LAWES, also known as "Mialy Nguyen," (9) PHONESAVANH PHONESAVANG, also known as "Mialy Nguyen," (10) MARLAINA NASHAE SMOOT, (11) JERVONTA ANTONIO WALKER, also known as "Bruce Hudson" and "Stunna," (12) JOEL MARK WALKER, and (13) JASNEKO MARQUELL WRIGHT, so Title 21, United States Code, Section 841(b)(1)(A) is applicable to them.

It is further alleged that, with respect to the offense charged in Count One, five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, are attributable to, and were reasonably foreseeable by defendants (5) MARQUITA ANDREA HUNTER and (8) KLAYTRENA KATRECE ODOM-PRICE, so Title 21, United States Code, Section 841(b)(1)(B) is applicable to them.

### COUNT TWO
(Money Laundering Conspiracy)

From at least as early as in or about 2014 to the present, in Mecklenburg County and Gaston County, within the Western District of North Carolina, and elsewhere, the defendants,

**(1) YANNICK KHALEEL ANDERSON,**

**(2) JARMEL BROWNLEE,**
also known as "Casino Mel,"
**(3) TRIMAINE ANTHONY BRYAN,**
**(4) JUDIET VONTELLA COOPER,**
also known as "Jessica Cooper,"
**(6) JARED SHEMAIAH JONES,**
also known as "Carl Lawrence,"
**(11) JERVONTA ANTONIO WALKER,**
also known as "Bruce Hudson" and "Stunna,"
**(12) JOEL MARK WALKER, and**
**(13) JASNEKO MARQUELL WRIGHT,**

did knowingly combine, conspire, confederate and agree with each other and with other persons, known and unknown to the United States, to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit: to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, the manufacture, importation, sale, or distribution of a controlled substance, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 1956(h).

## COUNT THREE
**(Possession with Intent to Distribute Heroin)**

On or about August 8, 2018, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendants,

**(3) TRIMAINE ANTHONY BRYAN,**
**(4) JUDIET VONTELLA COOPER,**
also known as "Jessica Cooper,"
**(6) JARED SHEMAIAH JONES,**
also known as "Carl Lawrence,"

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and did aid and abet the same, in violation of Title 18, United States Code, Section 2.

### Quantity of Controlled Substances Involved in Count Three

It is further alleged that, with respect to the offense charged in Count Three, one (1) kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, are attributable to, and were reasonably foreseeable by defendants (3) TRIMAINE ANTHONY BRYAN, (4) JUDIET VONTELLA COOPER, also known as "Jessica Cooper," and (6) JARED SHEMAIAH JONES, also known as "Carl Lawrence," so Title 21, United States Code, Section 841(b)(1)(A) is applicable to them.

### COUNT FOUR
### (Possession with Intent to Distribute Cocaine)

On or about October 23, 2018, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendants,

**(6) JARED SHEMAIAH JONES,**
also known as "Carl Lawrence," and
**(10) JERVONTA ANTONIO WALKER,**
also known as "Bruce Hudson" and "Stunna,"

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and did aid and abet the same, in violation of Title 18, United States Code, Section 2.

### Quantity of Controlled Substances Involved in Count Four

It is further alleged that, with respect to the offense charged in Count Four, five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, are attributable to, and were reasonably foreseeable by defendants (6) JARED SHEMAIAH JONES, also known as "Carl Lawrence," and (10) JERVONTA ANTONIO WALKER, also known as "Bruce Hudson" and "Stunna," so Title 21, United States Code, Section 841(b)(1)(B) is applicable to them.

### COUNT FIVE
### (Possession with Intent to Distribute Cocaine)

On or about December 27, 2018, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendants,

**(1) YANNICK KHALEEL ANDERSON,**
**(7) NATHASHA LAWES,**
also known as "Mialy Nguyen," and

**(8) PHONESAVANH PHONESAVANG,**
**also known as "Mialy Nguyen,"**

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and did aid and abet the same, in violation of Title 18, United States Code, Section 2.

**Quantity of Controlled Substances Involved in Count Five**

It is further alleged that, with respect to the offense charged in Count Five, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, are attributable to, and were reasonably foreseeable by defendants (1) YANNICK KHALEEL ANDERSON, (7) NATHASHA LAWES, also known as "Mialy Nguyen," and (8) PHONESAVANH PHONESAVANG, also known as "Mialy Nguyen," so Title 21, United States Code, Section 841(b)(1)(A) is applicable to them.

**COUNT SIX**
**(Possession with Intent to Distribute Cocaine)**

On or about February 21, 2020, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**(1) YANNICK KHALEEL ANDERSON,**

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT SEVEN**
**(Possession with Intent to Distribute Cocaine)**

On or about March 26, 2020, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**(1) YANNICK KHALEEL ANDERSON,**

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT EIGHT
### (Possession of Firearm in Furtherance of Drug Trafficking)

On or about March 26, 2020, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

### (1) YANNICK KHALEEL ANDERSON,

did knowingly possess in furtherance of a drug trafficking crime, that is, possession with intent to distribute a controlled substance, a violation of Title 21, United States Code, Section 841, as charged in Count Seven, for which he may be prosecuted in a court of the United States, one or more firearms, all in violation of Title 18, United States Code, Section 924(c).

## COUNT NINE
### (Possession of Firearm by Convicted Felon)

On or about March 26, 2020, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

### (1) YANNICK KHALEEL ANDERSON,

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, one or more firearms, that is, one Colt Python .38 caliber handgun, all in violation of Title 18, United States Code, Section 922(g)(1).

## PRIOR CONVICTION PURSUANT TO TITLE 21, U.S. CODE, SECTIONS 841 AND 851 APPLICABLE TO DEFENDANT (2) JARMEL BROWNLEE IN COUNT ONE

Before the defendant, (2) JARMEL BROWNLEE, committed the offenses charged in Count One, (2) JARMEL BROWNLEE, had a final conviction for a serious drug felony, namely, a conviction for Conspiracy to Distribute Cocaine and 28 grams or more of Cocaine Base, in violation of Title 21, United States Code, Sections 846 and 841, in the United States Court for the District of South Carolina, Docket Number 8:11-cr-339-JMC, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 21 U.S.C. § 853, 18 U.S.C. §§ 924 and 982, and 28 U.S.C. § 2461(c). Under Section 2461(c), criminal forfeiture is applicable to any offenses for which forfeiture is authorized by any other statute, including but not limited to 18 U.S.C. § 981 and all specified unlawful activities listed or referenced in 18 U.S.C. § 1956(c)(7), which are incorporated as to proceeds by Section 981(a)(1)(C). The following property is subject to forfeiture in accordance with Section 853, 924, 982, and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations; and

c. All property involved in such violations or traceable to property involved in such violations; and

d. All firearms or ammunition involved or used in such violations; and

e. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), (c), and (d) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant(s) to the extent of the value of the property described in (a), (b), (c), and (d).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

- A forfeiture money judgment in the amount of at least $4 million, such amount constituting the proceeds of the violations set forth in this bill of indictment;

- All Five Star LLC bank accounts, including but not limited to BB&T account numbers xxxxxx4918 and xxxxxx5027; Bank of America account numbers xxxxxxxx5675, xxxxxxxx7120, xxxxxxxx7146, and xxxxxxxx3545, and debit card account number xxxxxxxx4164; and Wells Fargo account numbers xxxxxx0872, xxxxxx4918, and xxxxxx5027;

- All Five Star Empire West bank accounts, including but not limited to Wells Fargo account numbers xxxxxx2994, xxxxx3000, xxxxxx2551, and xxxxxx0700; Bank of America account numbers

- All Rocwell Construction bank accounts, including but not limited to Bank of America account number xxxxxxxx4646;

Case 3:20-cr-00240-KDB-DSC     Document 3     Filed 07/21/20     Page 7 of 8

- All bank accounts held by Jared Shemaiah Jones, including but not limited to Wells Fargo account numbers xxxxxx4551, xxxxxx4553, xxxxxx0202, xxxxxx2577, and xxxxxx8127;
- All bank accounts held by Jervonta Antonio Walker, including but not limited to Bank of America account number xxxxxxxx2372;
- The real property located at 1606 Horseshoe Drive, Columbia, South Carolina, owned, at least in part, by Five Star LLC, a corporation created by Jared Shemaiah Jones and Jervonta Antonio Walker;
- Approximately $22,000 in United States currency seized on April 12, 2018, during the investigation;
- Approximately $60,000 in United States currency seized on December 4, 2018, during the investigation;
- Approximately $9,300 in United States currency seized on August 14, 2019, during the investigation;
- Approximately $16,339 in United States currency seized on October 24, 2019, during the investigation;
- Approximately $25,500 in United States currency seized on December 9, 2019, during the investigation;
- Approximately $7,360 in United States currency, one Colt Python .38 caliber handgun (serial number K34944), and ammunition seized on March 26, 2020, during the investigation.

A TRUE BILL:

FOREPERSON

R. ANDREW MURRAY
UNITED STATES ATTORNEY

STEVEN R. KAUFMAN
ASSISTANT UNITED STATES ATTORNEY